ACCEPTED
12-14-00103-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/29/2015 6:26:32 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/29/2015 6:26:32 PM

CATHY S. LUSK
Clerk

18 JUNE 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Moreno v. State**
**12-14-00103-CR**
**Kennedy v. State**
**12-14-00219-CR**
**Evans v. State**
**12-14-00053-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

16 June 2015

Rodolfo Aguirre-Moreno
Inmate 01926135
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

**Re:  Opinion**

Mr. Aguirre-Moreno:

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case.  The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals.  If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.


Sincerely,

Austin Reeve Jackson

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

TENNESSEE COLONY, TX 75880

| | | | |
|---|---|---|---|
| Postage | $ | $3.45 | 0711 02 |
| Certified Fee | | $2.80 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $0.00 $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 $0.00 | |
| Total Postage & Fees | $0.71 $ $6.96 | | 06/17/2015 |

Sent To  Rodolfo Aguirre-Morero  Inmate 01926135

Street & Apt. No., or PO Box No.  Beto Unit, 1391 FM 3328

City, State, ZIP+4  Tennessee Colony, TX 75880

PS Form 3800, July 2014                    See Reverse for Instructions